UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21501-RAR

**SANDRA PEREZ**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**, *et al.*,

    Defendants.

_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On April 19, 2024, a Complaint was filed naming as Defendants NCL (Bahamas) Ltd. ("NCL"); Norwegian Cruise Line Holdings Ltd.; and DOES 1-5, [ECF No. 1]. To date, there is no indication in the court file that any of the Defendants have been served with the Summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of a summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 18, 2024**, Plaintiff shall perfect service upon Defendants or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **July 18, 2024**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 28th day of May, 2024.

_____
  **RODOLFO A. RUIZ II**
  **UNITED STATES DISTRICT JUDGE**