UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21501-RAR

**SANDRA PEREZ**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**, *et al.*,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE AND
REQUIRING STIPULATION OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Parties' Notice of Settlement, [ECF No. 30], indicating that the parties have reached a settlement in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk shall administratively **CLOSE** this case without prejudice to the parties to file the appropriate dismissal documents within **forty-five (45) days** of the date of this Order.

2. Any pending motions are **DENIED AS MOOT**.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2024.

                                          **RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**